

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00445-CR

Nelson Anthony **JASSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017 CRB 696 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

A timely notice of appeal is necessary to invoke our jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke our jurisdiction if (1) it is filed in the trial court within fifteen days of the last day allowed for filing; (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *See* TEX. R. APP. P. 26.3.

Here, the trial court imposed or suspended sentence on May 16, 2018. Because appellant did not file a motion for new trial, his notice of appeal was due on June 15, 2018. A motion for extension of time to file appellant's notice of appeal was due on June 30, 2018, which was a Saturday. On Monday, July 2, 2018, appellant filed a motion for extension of time to file his notice of appeal in this court. On Monday, July 2, 2018, appellant filed a notice of appeal in the trial court. The motion for extension of time to file appellant's notice of appeal and the notice of appeal were filed in accordance with Rule 26.3. *See* TEX. R. APP. P. 4.1. (providing that if the last for computing a period prescribed by the appellate rules falls on a Saturday, Sunday, or legal holiday, the period extends to the end of the next day that is not a Saturday, Sunday, or legal holiday).

Therefore, we GRANT appellant's motion for extension of time to file his notice of appeal. *See* TEX. R. APP. P. 26.3. We RETAIN this appeal on our docket.

_____

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court